```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 09987
   KEVIN A HEFFRON
   LAURA J HEFFRON                              CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-3906     SSN XXX-XX-7917


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 03/18/05 and confirmed on 06/30/05.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  56244.00 .

    4.   The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
FIFTH THIRD BANK          CURRENT MORTG         .00             .00             .00
FIFTH THIRD BANK          MORTGAGE ARRE     6644.87             .00         6644.87
FIFTH THIRD BANK          SECURED              .00             .00             .00
FIFTH THIRD BANK          MORTGAGE ARRE     1739.99             .00         1739.99
HARRIS BANK CONSUMER LOA  SECURED VEHIC     8900.00         1303.49         8900.00
BECKET & LEE LLP          UNSECURED         1369.75             .00          547.68
CHASE HOME EQUITY         UNSECURED        10305.95             .00         4120.74
DISCOVER BANK             UNSECURED         6610.79             .00         2643.27
FIRST NATIONAL BANK OF O  UNSECURED        15419.26             .00         6165.25
PAXTON THE WOOD SOURCE    UNSECURED         5595.25             .00         2237.21
ECAST SETTLEMENT CORP     UNSECURED         1432.63             .00          572.82
RESURGENT CAPITAL SERVIC  UNSECURED        12674.35             .00         5067.73
WOODCRAFTERS CUSTOM CABI  UNSECURED        NOT FILED            .00             .00
HARRIS BANK CONSUMER LOA  UNSECURED         1684.32             .00          673.46
INTERNAL REVENUE SERVICE  PRIORITY          8339.01             .00         8339.01
ILLINOIS DEPT REVENUE     FILED LATE            .00             .00             .00
            Summary of disbursements:
--------------------------------------------------------------------------------
                SECURED      PRIORITY    UNSECURED        OTHER         TOTAL

TOTAL CLMS ALLOWED   17284.86     8339.01    55092.30          .00      80716.17
PRINCIPAL PAID       17284.86     8339.01    22028.16          .00      47652.03
INTEREST PAID         1303.49         .00         .00          .00       1303.49
TOTAL PAID           18588.35     8339.01    22028.16          .00      48955.52
The Debtor's attorney, COSTELLO & COSTELLO          , was allowed $   5667.00
and was paid $   1006.00  direct and $   4661.00  through the plan.

The Trustee received $   2627.48 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 09987 KEVIN A HEFFRON & LAURA J HEFFRON